AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

LIVE FACE ON WEB, LLC
a Pennsylvania company,

*Plaintiff(s)*

v.

CHERYL CHARMING, d/b/a MISS CHARMING, an individual

*Defendant(s)*

Civil Action No. 6:17-cv-579-ORL-31-DCI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cheryl Charming
202 E. South St., #6046
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan T. Santurri, Esq.
Allen, Dyer, Doppelt & Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/3/17

*Signature of Clerk or Deputy Clerk*